(127 So. 800)

## WILLIAMS v. STATE.

3 Div. 644.

Court of Appeals of Alabama.

Jan. 14, 1930.

Rehearing Denied Feb. 4, 1930.

Hybart & Dickey, of Evergreen, for appellant.

Charlie C. McCall, Atty. Gen., and Merwin T. Koonce, Asst. Atty. Gen., for the State.

SAMFORD, J.

Refused charges 5, 6, and 12 are fairly and substantially covered by the court's oral charge.

Refused charges 8 and 9 do not correctly state the law, in that they omit a willfulness in the false swearing of the witnesses named.

Refused charge 10 is argumentative and misleading.

Rulings on admissions of testimony were free from prejudicial error.

We find no prejudicial error in the record, and the judgment is affirmed.

Affirmed.